NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE W. DANIEL HILLIS, RODERICK A. HYDE, NATHAN P. MYHRVOLD, CLARENCE T. TEGREENE, AND LOWELL L. WOOD, JR.

2011-1402
(Serial No. 11/386,227)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The Director of the United States Patent and Trademark Office moves for an 18-day extension of time, until November 22, 2011, for the Director to file his response brief, and for a 20-day extension of time, until December 29, 2011, for the appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated by the Director.

FOR THE COURT

NOV 03 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Manu J. Tejwani, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2011

JAN HORBALY
CLERK